**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TRACY PEREIDA, on behalf of herself and all others similarly situated,** | |
| **Plaintiff,** | **Case No. 1:26-cv-00305** |
| **v.** | |
| **JPMORGAN CHASE & CO.,** | |
| **Defendant.** | |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss, the accompanying Memorandum of Law in Support of Motion to Dismiss, the supporting Declaration of Jeremy Blumenfeld, and all prior pleadings and proceedings had herein, Defendant JPMorgan Chase & Co. ("Defendant"), by and through the undersigned counsel, hereby move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an Order dismissing Plaintiff Tracey Pereida's Class Action Amended Complaint with prejudice in its entirety and for other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 1, 2026

**MORGAN, LEWIS & BOCKIUS, LLP**

By: */s/ Gina F. McGuire*
Gina F. McGuire (NY Bar No. 5103916)
101 Park Avenue
New York, NY 10178
212.309.6000
212.309.6001 (facsimile)
gina.mcguire@morganlewis.com

Jeremy P. Blumenfeld (NY Bar No. 4859518)
2222 Market Street
Philadelphia, PA 19103
215.963.5000
215.963.5001 (facsimile)
jeremy.blumenfeld@morganlewis.com

Andrew R. Hellman (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004
202.739.3000
202.739.3001 (facsimile)
andrew.hellman@morganlewis.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, the foregoing document was served via ECF to all parties of record:

/s/ Gina F. McGuire
Gina F. McGuire